Jeffrey W. Appel (3630)
**RAY QUINNEY & NEBEKER**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah  84145-0385
   Telephone:  (801) 532-1500

*Attorneys for The Nature Conservancy*

UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

| | |
|---|---|
| ALAN PESKY and WENDY PESKY,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | THE NATURE CONSERVANCY'S MEMORANDUM IN SUPPORT OF MOTION AND REQUEST FOR AMICUS CURIAE STATUS AND PERMISSION TO FILE AMICUS CURIAE BRIEF.<br><br>Civil No.  1:10-cv-00143 EJL |

The Nature Conservancy by and through its counsel Jeffrey W. Appel, who was admitted Pro Hac Vice on May 3, 2010, hereby submits this Memorandum of Law in Support of its Motion and Request for Amicus Curiae Status and Permission to File an Amicus Curiae Brief:

STATEMENT OF FACTS

1. On February 3, 2010, Alan Pesky and Wendy Pesky filed a Petition to Quash four Summonses issued by the United States of America, Internal Revenue Service (hereinafter "IRS") on or about January 15, 2010.  Prior to the issuance of these summonses, the IRS examined Elizabeth Kitchens, staff attorney for the Nature Conservancy (hereinafter ("TNC"), on October 1, 2009, pursuant to another summons.  During the Course of that examination, a

copy of the Pledge Agreement between Petitioners and TNC dated September of 1993 was provided to the IRS.  This Pledge Agreement appears to form part of the basis for the IRS's investigation in this matter.

2.      On April 5, 2010, the IRS filed its Motion and Memorandum in Support of its Motion to Summarily Deny and Counter-Petition to Enforce IRS Summonses.  This filing suggests the existence of fraud based upon the Pledge Agreement.  Pledge agreements are and have been a widely used tool with respect to charitable deductions.  It is TNC's position that the Pledge Agreement in this action has been unfairly portrayed and not fully explained by the IRS.  TNC seeks to cure this problem in an Amicus Curiae Brief.

3.      On April 27, 2010, Jeffrey Appel, as Counsel for TNC called Mr. Hatzimichalis, Counsel for the IRS to request a stipulation from the IRS to file the Amicus Brief.  Mr. Hatzimichalis later telephoned Mr. Appel stipulating to an Amicus Brief, but only if its scope was limited solely to the pledge agreement issue.

4.      Mr. Hatzimichalis filed his Reply in Further Support of Petition to Enforce IRS Summons that same day.  In this Reply, Mr. Hatzimichalis additionally accused TNC of fraud by misleading the IRS regarding a property subdivision issue in a letter from TNC to the IRS dated November 25, 2007 and also plead the existence of "a series of bargained-for-exchanges or business deals between Pesky and the Conservancy . . ."  During his telephone conversation with Mr. Appel, Mr Hatzmichalis failed to mention that he was in the process of filing his Reply, or that he was now asserting badges of fraud against TNC.

5.      In a telephone call on May 5, 2010, after requests by Mr. Appel, Mr. Hatzimichalis refused to stipulate to inclusion these other two issues in the Amicus Brief and later emailed Mr. Appel on May 6, 2010 refusing to stipulate to the Amicus in any form.

6.      Counsel for the Peskys has no objection to the filing of the Amicus brief.

## ARGUMENT

In its initial Memorandum, the IRS referenced the use of the Pledge Agreement between Petitioners and TNC to support the donation of a conservation easement by Petitioners to TNC, which donation occurred in March of 2002.  A pledge agreement represents a tool that is used widely by many charities to secure a promise to donate art, rare book collections and any number of items, including the conservation easement referenced in this particular case.  In their Memorandum, the IRS has unfairly characterized this commonly used charitable planning tool as a "Secret Pledge Agreement" and has ascribed a nefarious set of purposes, including fraud, to the use of this common tool in this instance.  These allegations are incorrect.

In its Reply Memorandum, the IRS has gone even further and alleged fraud on the part of TNC with respect to the letter dated November 25, 2007 and what the IRS claims are a series of exchanges and business deals.  While TNC takes no position on the tax issues between the parties, the IRS has unfairly and inaccurately portrayed TNC's role and the nature of its participation with respect to the donation of the Pesky's conservation easement and thereafter. An objective view of what happened in this transaction will assist the Court and the IRS should not be heard to complain or object to TNC's attempt to fairly level the playing field in this manner.

The Nature Conservancy requests this Court allow it to file an Amicus Curiae Brief to explain what pledge agreements are, their purpose, the nature of their use and their widespread application throughout the country. This will better equip the Court to rule on the pending Motion. The IRS has provided no such background to the Court and in the course of making its arguments, has turned this commonly used tool into something it is not - - a badge of fraud. In addition, TNC also requests the ability to brief the two issues set forth in ¶ 4 above as it believes there is no basis for the accusations of fraud.

Respectfully submitted this 7th day of May, 2010

RAY QUINNEY & NEBEKER P.C.

 /s/Jeffrey W. Appel
Jeffrey W. Appel
*Attorney for the Nature Conservancy District*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2010, I electronically filed the foregoing THE NATURE CONSERVANCY'S MEMORANDUM IN SUPPORT OF MOTION AND REQUEST FOR AMICUS CURIAE STATUS AND PERMISSION TO FILE AMICUS CURIAE BRIEF with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Attn: Civil Process Clerk<br>United States Attorney<br>District of Idaho<br>800 Park Blvd., Suite 600<br>Boise, ID 83712 | D. John Thorton<br>Justin C. Jones<br>Richard M. Weber<br>Thorton Byron LLP<br>Riverfront Plaza<br>3101 W. Main St., Suite 200<br>Boise, ID 83702 |
| Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 | Shane Cole<br>IRS Revenue Agent<br>550 W. Fort St., Mail Stop 4463<br>Boise, ID 83724 |
| Lou Lunte<br>The Nature Conservancy<br>950 Bannock Street, Suite 210<br>Boise, ID 83702 | Trent Jones<br>John (Stoney) Burke<br>Hall & Hall Ranch Brokers<br>560 2nd Avenue North<br>Ketchum, ID 83340 |
| Guy Bonnivier<br>1122 East 1520 North<br>Richfield, ID 83349 | |

                                                /s/ Lisa Bonnell
                                                Lisa Bonnell

1081048