UNITED STATES DISTRICT COURT
for the
DISTRICT OF IDAHO

| | | |
|---|---|---|
| ALAN PESKY AND WENDY PESKY, | ) | |
| | ) | |
| Petitioners, | ) | Case No. CV10-00143-S-EJL |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Pending before the Court in the above-entitled matter is a motion to file amicus briefs submitted by The Nature Conservancy. Because of the approaching hearing date, the Court will rule upon this motion immediately. Having fully reviewed the record herein, the Court finds that the facts and legal arguments are adequately presented in the briefs and record. Accordingly, in the interest of avoiding further delay, and because the Court conclusively finds that the decisional process would not be significantly aided by oral argument, this motion shall be decided on the record before this Court without oral argument. Dist. Idaho Loc. Civ. R. 7.1(d)(2)(ii).

ORDER- 1

**Standard**

The function of an amicus curiae is to call the Court's attention to law, facts, or circumstances in a matter then before it that may otherwise escape its consideration and to aid the court on questions of law. 4 AM. JUR. 2D *Amicus Curiae* § 6 (2002). The extent and manner of an amicus curiae's participation is entirely within the Court's discretion and will be heard only upon a grant of leave from the Court. 4 AM. JUR. 2D *Amicus Curiae* § 3 (2002); see also Hoptowit v. Ray, 682 F.2d 1237, 1260 (9th Cir. 1982). Courts generally consider whether the proferred information is timely, useful, or otherwise necessary to the effective administration of justice. Id. While an amici may not present "highly partisan ... account[s] of the facts," they may take a legal position and present legal arguments in supporting that position. Funbus Systems, Inc. v. State of Cal. Public Utilities Com'n., 801 F.2d 1120 (9th Cir. 1986) (citing Miller-Wohl Co. v. Commissioner of Labor & Industry, 694 F.2d 203, 204 (9th Cir.1982) (amici fulfill the classic role of amicus curiae by assisting in a case of general public interest, supplementing the assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that might otherwise escape consideration).

**Discussion**

This action has been brought by the Internal Revenue Service ("IRS") who has filed a Petition to Enforce IRS Summons. A related, and now consolidated, matter was brought by Alan and Wendy Pesky (the "Pesky's") by way of a Petition to Quash IRS Summons. The dispute involves the IRS' examination of the Pesky's 2003 and 2004 income tax returns. In

ORDER- 2

those returns the Pesky's claim a $1,510,000 charitable contribution deduction. The contribution was claimed in the form of a conservative easement of certain real property located in Ketchum, Idaho to The Nature Conservancy. The details of the arrangement regarding this property and easement making up the basis for the claimed tax deduction are what the IRS seeks to investigate. In particular, the IRS is attempting to investigate a pledge agreement between the Pesky's and The Nature Conservancy. The IRS has made allegations and insinuated the agreement was kept secret and is possibly fraudulent. The Nature Conservancy has filed the instant motion seeking to provide the Court with background regarding the agreements and to rebut any accusations of fraud made by the IRS.

While not making and conclusions as to the merits of the claims, the Court finds The Nature Conservancy's amicus curiae brief may provide additional relevant information relating to the facts and claims brought in this matter. Such information could provide a more complete picture regarding the issues in this case. Accordingly, the Court will grant the motion and allow The Nature Conservancy to appear in a limited capacity in this matter. Specifically, the amicus curiae party may file a short brief of no more than seven pages regarding the issues relevant to this matter. Such brief shall be filed no later than Thursday, May 13, 2010.

## ORDER

Based on the foregoing and being fully advised in the premises the Court **HEREBY GRANTS** the Motion for leave to Participate as Amicus Curiae (Docket No. 15). The Nature Conservancy shall be allowed to appear as Amicus Curiae in this matter as detailed above.

DATED: **May 12, 2010**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

ORDER- 4